JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Robin Frankenfield, Admx. of the Estate of
Michael A. DeAngelis, Deceased

## DEFENDANTS

State Farm Mutual Automobile Insurance Company

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Lehigh__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Richard J. Orloski, Esquire
111 N. Cedar Crest Blvd.
Allentown, PA 18104-4602 (610)433-2363

ATTORNEYS (IF KNOWN)

Teresa Ficken Sachs (Atty I.D. # 41136)
BRITT HANKINS SCHAIBLE & MOUGHAN
Two Penn Center Plaza - Suite 515
Philadelphia, PA 19102 (215) 569-6949

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. Section 1332 (Diversity of Citizenship)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $
Excess of $75,000

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

n/a

(See Complaint)

JUDGE _____ DOCKET NUMBER _____

DATE 5/28/02

SIGNATURE OF ATTORNEY OF RECORD
_Teresa Ficken Sachs_

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   140 N. 11th Street, Allentown, PA  18102

Address of Defendant:   Once State Farm Plaza, Bloomington IL 61710-0001

Place of Accident, Incident or Transaction:   Pennsylvania
*(Use Reverse Side For Additional Space)*

---

Does this case involve multidistrict litigation possibilities?                     Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes ☐   No ☒

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, Teresa Ficken Sachs, Esquire , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 5-28-02          *Teresa Ficken Sachs*          41136
                          Attorney-at-Law                              Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 5-28-02          *Teresa Ficken Sachs*          41136

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Robin Frankenfield, Admx. of the :
Estate of Michael A. DeAngelis,   :           CIVIL ACTION
Deceased          v.              :

State Farm Mutual Automobile      :
Insurance Company                 :           NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)    Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.                                ( )

(b)    Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.                                ( )

(c)    Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.                                ( )

(d)    Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.                                ( )

(e)    Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                                ( )

(f)    Standard Management -- Cases that do not fall into any one of the other tracks.                                (x)

5-28-00
_____
Date

_Teresa Ficken Sachs_
**Attorney-at-law**

Teresa Ficken Sachs, Esquire (41136)
**Attorney for** Defendant

**RBS**

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN FRANKENFIELD, Admx. of    :
the Estate of MICHAEL A. DeANGELIS  :    CIVIL ACTION
Deceased                           :
                v.           :
                          :
STATE FARM MUTUAL AUTOMOBILE    :    NO. 02-cv-3246
INSURANCE COMPANY             :

<u>NOTICE OF REMOVAL</u>

A TRUE COPY CERTIFIED FROM THE RECORD

DATED: 5-28-02

ATTEST: _____

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA.

The above-named defendant in this matter, "State Farm Mutual Automobile

Insurance Company," (hereinafter referred to in this Notice of Removal as "State

Farm") hereby files the within Notice of Removal of this case from the Court of

Common Pleas of Northampton County, Pennsylvania, in which it is now pending,

to the United States District Court for the Eastern District of Pennsylvania.  This

Notice is filed pursuant to 28 U.S.C. § 1441, <u>et seq</u>., and in support thereof,

defendant states the following:

    1.    This action was commenced in the Court of Common Pleas of

Northampton County, Pennsylvania, by Writ(s) of Summons and is docketed in the

state court at No. C0048CV2002632. See Exhibit "A" (<u>See</u> Writs of Summons dated

January 31, 2002 and filed February 1, 2002 and Plaintiff's Civil Complaint dated

and filed May 2, 2002).

2.      Plaintiff, Robin Frankenfield, is a citizen of the Commonwealth of Pennsylvania. <u>See</u> Exhibit "A", Plaintiff's Complaint at paragraph 1.

3.      Defendant State Farm Mutual Automobile Insurance Company is a corporation that is duly incorporated, organized and existing under the laws of Illinois with its principal place of business located in Bloomington, Illinois.  State Farm Mutual Automobile Insurance Company  is a citizen of the State of Illinois.[1]

4.      The value of the matter in controversy exceeds the amount of $75,000, exclusive of interest and costs. <u>See</u> Complaint, Exhibit "A".

---

[1] The Plaintiff initially filed Writs of Summons naming <u>four</u> alleged defendant entities: (1) "State Farm Mutual Insurance Co.", (2)  "State Farm Fire & Casualty Co.", (3) "State Farm Indemnity Co."; and (4) "State Farm Insurance Co." After reviewing Plaintiff's Complaint (filed upon Rule), it appeared that the correct identity of the company issuing the insurance policy at issue is "State Farm Mutual Automobile Insurance Company" (incorrectly designated in Plaintiff's Complaint as "State Farm Mutual Insurance Company"). Accordingly, Plaintiff's counsel <u>voluntarily</u> agreed to dismiss three of the four incorrectly named defendants and to amend Plaintiff's Complaint / Caption to correct the designation "State Farm Mutual Insurance Co." (which is not a recognized legal entity) to "State Farm Mutual Automobile Insurance Company" (<u>See</u> Exhibit "A").  State Farm Mutual Automobile Insurance Company is incorporated and has its principal place of business in Illinois and thus is a citizen of Illinois. Plaintiff's Writs did not specify any address for the Plaintiff, but the Complaint alleges that Plaintiff is a citizen of Pennsylvania.  Thus, there is complete diversity between plaintiff and defendant.

The other defendants were also completely diverse from plaintiff. "State Farm Fire & Casualty Co." is a citizen of Illinois: it is incorporated in Illinois and has its principal place of business located in Bloomington, Illinois.  "State Farm Indemnity Co." is a citizen of New Jersey and Illinois: it is incorporated in Illinois and has its principal place of business in Wayne, New Jersey.  "State Farm Insurance Company" is not a legally recognized business entity at all, but merely a service mark used by State Farm. Thus, none of the three dismissed "defendants" is (or was) a citizen of the Commonwealth of Pennsylvania, and the Complaint filed May 2, 2002 is properly removable both before and after amendment of the caption.

5.    The instant lawsuit is removable from State Court to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1332(a)(1) and §1441(a).

6.    Copies of all process, pleadings, and orders served upon or otherwise received by petitioner are attached as Exhibit "A".

7.    A copy of the Plaintiff's Complaint was mailed to State Farm's undersigned attorneys on May 2, 2002 and received May 6, 2002.

8.    This Notice of Removal is timely, as it is being filed less than thirty (30) days, as that period is computed under the Federal Rules, after the filing and service of a copy of the complaint, the initial state court pleading setting forth a basis for federal court jurisdiction. Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999); Foster v. The Mutual Fire, Marine & Inland Ins. Co., 986 F. 2d 48 (3d Cir. 1993).

WHEREFORE, Defendant respectfully requests that this action be removed from the Court of Common Pleas of Northampton County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**

BY: _Teresa Ficken Sachs_

Teresa Ficken Sachs
Attorneys for Defendant
Atty. I. D. NO. : 41136
Christopher J. Urban
Attorney I.D. No. 81981

Suite 515
Two Penn Center Plaza
15th Street & JFK Boulevard
Philadelphia, PA 19102
(215) 569-6949

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN FRANKENFIELD, Admx. of      :
the Estate of MICHAEL A. DeANGELIS    :     CIVIL ACTION
Deceased                              :
           v.                 :
                                :
STATE FARM MUTUAL AUTOMOBILE   :     NO.
INSURANCE COMPANY                   :

## <u>MEMORANDUM OF LAW</u>

Title 28, U.S.C. § 1441 provides, in part, that,

> (a)    Any civil action brought in the State Court of which the District Courts of the United States have original jurisdiction, may be removed by the defendant or defendants to the District Court of the United States for the district and the division embracing the place where such action is pending.

In this case, Plaintiff filed an action against the above-named Defendant in the Northampton County Court of Common Pleas, Commonwealth of Pennsylvania. The Complaint states that Plaintiff is a citizen of the Commonwealth of Pennsylvania. State Farm Mutual Automobile Insurance Company ("State Farm") is a corporation duly organized and existing under the laws of the State of Illinois with its principal places of business located in Bloomington, Illinois.  State Farm is a citizen of the State of Illinois.  The amount in controversy exceeds $75,000. <u>See</u> Exhibit A.

Under these circumstances, this Court has original jurisdiction over the instant controversy based upon complete diversity of citizenship between the parties, Plaintiff and Defendant, pursuant to 28 U.S.C. § 1332(a)(1).

Therefore, Defendant respectfully requests that the state court action be removed to the federal forum.

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**

BY: _Teresa Ficken Sachs_

Teresa Ficken Sachs
Attorneys for Defendant
Atty. I. D. NO. : 41136
Christopher J. Urban
Attorney I.D. No. 81981

Suite 515
Two Penn Center Plaza
15th Street & JFK Boulevard
Philadelphia, PA 19102
(215) 569-6949

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

## IN THE UNITES STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN FRANKENFIELD, Admx. of    :
the Estate of MICHAEL A. DeANGELIS  :      CIVIL ACTION
Deceased                     :
           v.            :
                       :
STATE FARM MUTUAL AUTOMOBILE  :      NO:
INSURANCE COMPANY          :

The undersigned certifies that a copy of the foregoing Defendant's Notice of

Removal, Memorandum of Law and supporting Affidavit / Exhibits, were forwarded

this day, the 28th of May, 2002, to the Court and the below listed counsel by

Overnight Mail and First Class Regular U.S. Mail:

        Richard J. Orloski, Esquire
        Orloski, Hinga, Pandaleon & Orloski
        111 N. Cedar Crest Boulevard
        Allentown, PA 18104-4602

                              _Teresa Ficken Sachs_
                              Teresa Ficken Sachs, Esquire

Dated: 5-28-00

# EXHIBIT A

## "EXHIBIT A"

1.    Plaintiff's Writs of Summons (4)

2.    Entry of Appearance, Teresa Ficken Sachs for Defendants

3.    Praecipe for Rule to File Complaint and Rule to File Complaint

4.    Plaintiff's Civil Complaint

5.    Stipulation for Partial Dismissal and to Amend Caption

# EXHIBIT A-1

CIVIL DIVISION

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF
MICHAEL A. DE ANGELIS, DECEASED
                              Plaintiff(s)

                vs                        No.    C-0048-CV-2002-000632

STATE FARM MUTUAL INSURANCE COMPANY,
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM FIRE & CASUALTY COMPANY
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INDEMNITY COMPANY
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INSURANCE COMPANIES
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
                              Defendant(s)

                              CIVIL ACTION
                              JURY TRIAL DEMANDED

                    WRIT OF SUMMONS

TO:   STATE FARM MUTUAL INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, STATE
      FARM INDEMNITY COMPANY AND STATE FARM INSURANCE COMPANIES

You are notified that      ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF MICHAEL A. DE ANGELIS,
                           DECEASED
_____
                           (Name(s) of Plaintiff(s))

has (have) commenced an action against you.

                                                                    30

Date    JANUARY 31, 2002                          Holly Ruggiero
                                                  Prothonotary

                                            By    Marie Cunningham
                                                  Deputy

Attorney Name:   RICHARD J. ORLOSKI, ESQ          A TRUE COPY ATTEST
Address:         111 N. CEDAR CREST BLVD          HOLLY RUGGIERO
                 ALLENTOWN, PA 18104-4602         CLERK OF COURT
Telephone No.    610-433-2363                      CIVIL/PROTHONOTARY
Attorney for Plaintiff(s)
                                                  Holly Ruggiero

COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF
MICHAEL A. DE ANGELIS, DECEASED
                             Plaintiff(s)

              vs                    No.   C-0048-CV-2002-000632

STATE FARM MUTUAL INSURANCE COMPANY,
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM FIRE & CASUALTY COMPANY
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INDEMNITY COMPANY
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INSURANCE COMPANIES
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
                             Defendant(s)

CIVIL ACTION
JURY TRIAL DEMANDED

WRIT OF SUMMONS

TO:    STATE FARM MUTUAL INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, STATE
FARM INDEMNITY COMPANY AND STATE FARM INSURANCE COMPANIES

You are notified that    ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF MICHAEL A. DE ANGELIS,
DECEASED

                                 (Name(s) of Plaintiff(s)

has (have) commenced an action against you.

                                                            33

Date   JANUARY 31, 2002

                                       Holly Ruggiero
                                       Prothonotary

                          By    _Marie Cunningham_

                              A TRUE COPY ATTEST
                              HOLLY RUGGIERO
                              CLERK OF COURT
Attorney Name:  RICHARD J. ORLOSKI, ESQ         CIVIL/PROTHONOTARY
Address:        111 N. CEDAR CREST BLVD
                ALLENTOWN, PA 18104-4602        _Holly Ruggiero_
Telephone No.   610-433-2363
Attorney for Plaintiff(s)

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PA
CIVIL DIVISION

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF
MICHAEL A. DE ANGELIS, DECEASED
                              Plaintiff(s)

              vs                          No.    C-0048-CV-2002-000632

STATE FARM MUTUAL INSURANCE COMPANY,
   248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM FIRE & CASUALTY COMPANY
   248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INDEMNITY COMPANY
   248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INSURANCE COMPANIES
   248 BRODHEAD ROAD, BETHLEHEM, PA 18017
                              Defendant(s)

CIVIL ACTION
JURY TRIAL DEMANDED

WRIT OF SUMMONS

TO:    STATE FARM MUTUAL INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, STATE
       FARM INDEMNITY COMPANY AND STATE FARM INSURANCE COMPANIES

You are notified that    ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF MICHAEL A. DE ANGELIS,
                         DECEASED
_____
                              (Name(s) of Plaintiff(s))

has (have) commenced an action against you.

                                                                                  35

Date    JANUARY 31, 2002                          Holly Ruggiero
                                                  Prothonotary

                                         By    _Marie Cunningham_____
                                                          Deputy
Attorney Name:   RICHARD J. ORLOSKI, ESQ          A TRUE COPY ATTEST
Address:         111 N. CEDAR CREST BLVD          HOLLY RUGGIERO
                 ALLENTOWN, PA 18104-4602         CLERK OF COURT
Telephone No.    610-433-2363                     CIVIL/PROTHONOTARY
Attorney for Plaintiff(s)
                                                  _Holly Ruggiero_____

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON

ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF
MICHAEL A. DE ANGELIS, DECEASED
                     Plaintiff(s)

           vs                       No.   C-0048-CV-2002-000632

STATE FARM MUTUAL INSURANCE COMPANY,
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM FIRE & CASUALTY COMPANY
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INDEMNITY COMPANY
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
STATE FARM INSURANCE COMPANIES
  248 BRODHEAD ROAD, BETHLEHEM, PA 18017
                  Defendant(s)

CIVIL ACTION
JURY TRIAL DEMANDED

WRIT OF SUMMONS

TO:    STATE FARM MUTUAL INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, STATE
       FARM INDEMNITY COMPANY AND STATE FARM INSURANCE COMPANIES

You are notified that    ROBIN FRANKENFIELD, ADMINISTRATRIX OF THE ESTATE OF MICHAEL A. DE ANGELIS,
                       DECEASED

_____
(Name(s) of Plaintiff(s))

has (have) commenced an action against you.

                                                       37

Date   JANUARY 31, 2002                              Holly Ruggiero
                                           Prothonotary

                              By     Marie Cunningham
                                          Deputy
                                    A TRUE COPY ATTEST
                                    HOLLY RUGGIERO
Attorney Name:  RICHARD J. ORLOSKI, ESQ             CLERK OF COURT
Address:        111 N. CEDAR CREST BLVD         CIVIL/PROTHONOTARY
                 ALLENTOWN, PA 18104-4602
Telephone No.   610-433-2363                  Holly Ruggiero
Attorney for Plaintiff(s)

# EXHIBIT A-2



BRITT, HANKINS, SCHAIBLE & MOUGHAN
By: Teresa Ficken Sachs
Atty. I.D. No. : 41136
Suite 515, Two Penn Center Plaza
Philadelphia, PA 19102          Attorneys for: Defendant
(215) 569-6900

---

ROBIN FRANKENFIELD, Admx. of    :    COURT OF COMMON PLEAS
the Estate of MICHAEL A. DeANGELIS:    NORTHAMPTON COUNTY, PA.
Deceased                         :
       v.                       :
                         :
STATE FARM MUTUAL INS. CO.,       :
STATE FARM FIRE & CASUALTY CO:
STATE FARM INDEMNITY CO.          :
STATE FARM INSURANCE CO.          :    NO.: C-0048-CV-2002-000632

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:


Kindly enter our appearance on behalf of all defendants in the above captioned matter.


                         **BRITT, HANKINS, SCHAIBLE & MOUGHAN**


BY: *Teresa Ficken Sachs*
                     Teresa Ficken Sachs
                     Attorneys for Defendants


Dated: 4-9-02

**JURY TRIAL DEMANDED**

# EXHIBIT A-3



BRITT, HANKINS, SCHAIBLE & MOUGHAN
By: Teresa Ficken Sachs
Atty. I.D. No. :  41136
Suite 515, Two Penn Center Plaza           Attorneys for: Defendant
Philadelphia, PA 19102
(215) 569-6900

---

| | |
|---|---|
| ROBIN FRANKENFIELD, Admx. of     : <br> the Estate of MICHAEL A. DeANGELIS: <br> Deceased                      : <br><br>        v.                       : <br>                            : <br> STATE FARM MUTUAL INS. CO.,    : <br> STATE FARM FIRE & CASUALTY CO: <br> STATE FARM INDEMNITY CO.      : <br> STATE FARM INSURANCE CO.      : | COURT OF COMMON PLEAS <br> NORTHAMPTON COUNTY, PA. <br><br><br><br><br><br> NO.: C-0048-CV-2002-000632 |

### PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE PROTHONOTARY:

Kindly enter a Rule upon plaintiff to file a Complaint within twenty (20) days hereof

or suffer the entry of a judgment of Non Pros.

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**

Dated: 4-9-02        BY: _Teresa Ficken Sachs_

Teresa Ficken Sachs
Attorneys for Defendants

### RULE TO FILE COMPLAINT

AND NOW, this 11th day of April, 2002, a Rule is hereby GRANTED upon

Plaintiff to file a Complaint within twenty (20) days after service hereof or suffer the entry

of a Judgment of Non Pros.

Dated: 4-11-02        _Holly Ruggiero_

PROTHONOTARY

# EXHIBIT A-4



ALLENTOWN, PA 18104-4602
TELEPHONE (610) 433-2363
FAX (610) 433-4785

# IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA

## CIVIL DIVISION - LAW

Robin Frankenfield, Administratrix of the:
Estate of Michael A. DeAngelis, deceased, :
           Plaintiff,     :
                         :

vs.            :     No. C0048CV2002632
                        :

State Farm Mutual Insurance Co.,  :
State Farm Fire & Casualty Co., State  :
Farm Indemnity Co., State Farm   :
Insurance Co.,            :     **JURY TRIAL DEMANDED**
          Defendants.   :

## N O T I C E

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN **TWENTY (20) DAYS** AFTER THIS **COMPLAINT AND NOTICE** IS SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO, THE CASE MAY PROCEED WITHOUT YOU, AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE DOCUMENT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL SERVICE
155 S. NINTH STREET
EASTON, PA 18042
(610) 258-6333

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY,
PENNSYLVANIA
CIVIL DIVISION - LAW

Robin Frankenfield, Administratrix of the:
Estate of Michael A. DeAngelis, deceased, :
              Plaintiff,      :
                                   :
           vs.                :     No. C0048CV2002632
                                   :
State Farm Mutual Insurance Co.,   :
State Farm Fire & Casualty Co., State  :
Farm Indemnity Co., State Farm      :
Insurance Co.,                :     JURY TRIAL DEMANDED
             Defendants.     :

## DECLARATORY JUDGMENT COMPLAINT

1.    Plaintiff, Robin Frankenfield, is an adult individual residing at 140 N. 11th Street, Allentown, Pennsylvania 18102.

2.    Defendant, State Farm Mutual Insurance Co., is a business entity doing business in Pennsylvania with offices at 248 Brodhead Road, Bethlehem, Pennsylvania 18017.

3.    Defendant, State Farm Fire and Casualty Co., is a business entity doing business in Pennsylvania with offices at 248 Brodhead Road, Bethlehem, Pennsylvania 18017.

4.    Defendant, State Farm Indemnity Co., is a business entity doing business in Pennsylvania with offices at 248 Brodhead Road, Bethlehem, Pennsylvania 18017.

5.    Defendant, State Farm Insurance Co., is a business entity doing business in Pennsylvania with offices at 248 Brodhead Road, Bethlehem, Pennsylvania 18017.

6.    Michael DeAngelis is a deceased person whose estate is being administered by Plaintiff, Robin Frankenfield.

1

## FACTS

7.     Michael DeAngelis was killed in a car accident on June 17, 1989.

8.     On the date of the accident, Michael DeAngelis had available to him uninsured/underinsured motorist coverage under a policy issued by Defendants.

9.     The policy is in the exclusive possession of the Defendants.

10.    Upon information and belief, the policy provides that all issues regarding a claim for uninsured/underinsured motorist coverage are to be settled at an arbitration proceeding.

11.    Plaintiff, Robin Frankenfield, Administratrix of the Estate of Michael DeAngelis, has made a claim for benefits under the UM/UIM policy issued by Defendants, and appointed an arbitrator.

12.    Plaintiff has reduced a claim against the tortfeasor by judgment entered on February 2, 1998.

13.    This action was commenced by Writ of Summons filed January 31, 2002.

## COUNT ONE: ORDER FOR ARBITRATION

14.    The insurance policy in effect between the parties requires an arbitration proceeding to resolve any and all disputes between them concerning uninsured/underinsured motorist benefits.

15.    Despite demand by Plaintiff, Defendants have refused to arbitrate this matter.

16.    Defendants' failure to arbitrate this dispute is a breach of the insurance contract between the parties.

17.    Defendants have admitted that Michael DeAngelis was an insured with $150,000.00 of uninsured/underinsured motorist coverage available to him.

2

18.    Defendants' failure to arbitrate this claim, despite demand, is contrary to the policy, and to the extensive appellate case law in this Commonwealth.

19.    Plaintiff is entitled to a declaratory judgment ordering arbitration of Plaintiff's uninsured/underinsured motorist claim.

20.    Plaintiff is entitled to recover attorney's fees and costs because she should not have been forced to resort to an action in Common Pleas court to get an arbitration proceeding.

WHEREFORE, Plaintiff asks that a declaratory judgment be entered in its favor and against Defendants, ORDERING Defendants to proceed to arbitration, and APPOINTING an arbitrator on Defendants' behalf to confer with Plaintiff's arbitrator for the selection of a neutral arbitrator, in addition to a monetary judgment of attorneys fees and costs for prosecuting this action.

## COUNT TWO: BAD FAITH

21.    Paragraphs 1 through 20 inclusive are hereby incorporated as if fully set forth at length.

22.    Clear and unambiguous policy language dictates that all disputes concerning uninsured/underinsured motorist claims must be submitted to arbitration.

23.    Defendants have refused to proceed with arbitration.

24.    There is no reasonable basis for Defendants to refuse to arbitrate Plaintiff's uninsured/underinsured motorist claim.

25.    As a matter of law in this Commonwealth, an insurer commits bad faith when it refuses to proceed to arbitration based on the insurer's unilateral determination that the claim has no merit. See Anderson vs. Nationwide Insurance Co., 187 F. Supp. 447, 459 (W.D. Pa. 2002).

3

26.    Plaintiff is entitled to punitive damages due to Defendants' bad faith refusal to proceed to arbitration.

27.    Plaintiff is entitled to attorney's fees and costs for prosecuting this action due to Defendants' bad faith refusal to proceed to arbitration.

WHEREFORE, Plaintiff asks that judgment be entered in her favor and against Defendants in an amount in excess of Fifty Thousand ($50,000.00) Dollars, in addition to interest, costs of suit, and reasonable attorney's fees.

Respectfully submitted,

*ORLOSKI, HINGA, PANDALEON & ORLOSKI*

Richard L. Orloski
Attorney for Plaintiff
111 N. Cedar Crest Blvd.
Allentown, PA  18104-4602
610-433-2363
Attorney ID No.  80037

4

## VERIFICATION

I, Richard L. Orloski, verify that the statements set forth in the attached document are true and correct to the best of my knowledge, information, and belief. I understand that false statements made herein are made subjects to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

Date: 5-2-02

Richard L. Orloski

5

## CERTIFICATE OF SERVICE

I, Richard L. Orloski, HEREBY CERTIFY that I served a true and correct copy of the

foregoing document upon the following person(s) by depositing same in the United States Mail,

regular, first-class mail, postage prepaid, addressed as follows:

Teresa Ficken Sachs
Britt Hankins
Two Penn Center Plaza
Suite 515
1500 JFK Blvd.
Philadelphia, PA 19102-1888


Date: May _____ 2 _____, 2002

                                        ORLOSKI, HINGA, PANDALEON & ORLOSKI


                                        Richard L. Orloski
                                        Attorney for Plaintiff
                                        Attorney I.D. No. 80037
                                        111 North Cedar Crest Blvd.
                                        Allentown, PA 18104
                                        (610) 433-2363


6

# EXHIBIT A-5

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**
By: Teresa Ficken Sachs
Atty. I.D. No. : 41136
Suite 515, Two Penn Center Plaza          Attorneys for: Defendant
Philadelphia, PA 19102
(215) 569-6900

| | | |
|---|---|---|
| ROBIN FRANKENFIELD, Admx. of | : | COURT OF COMMON PLEAS |
| the Estate of MICHAEL A. DeANGELIS | : | NORTHAMPTON COUNTY, PA. |
| Deceased | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL INS. CO., | : | |
| STATE FARM FIRE & CASUALTY CO | : | |
| STATE FARM INDEMNITY CO. | : | |
| STATE FARM INSURANCE CO. | : | NO.: C-0048-CV-2002-000632 |

## STIPULATION FOR PARTIAL DISMISSAL AND TO AMEND CAPTION

**WHEREAS,** Plaintiff, Robin Frankenfield, Administratrix of the Estate of Michael A. DeAngelis, Deceased (hereinafter "Administratrix") commenced this action in the Court of Common Pleas of Northampton County, Pennsylvania, by filing Writs of Summons at No. C0048CV2002632 against the above-listed defendants.

**WHEREAS,** upon Rule requested by undersigned counsel, the Administratrix filed a Civil Complaint against the above-listed defendants on May 2, 2002.

**WHEREAS,** upon review of the Civil Complaint filed by the Administratrix, this action concerns the alleged entitlement of Robin Frankenfield, as Administratrix of the Estate of Michael A. DeAngelis, to underinsured motorist coverage under a policy of motor vehicle insurance allegedly issued by one of the above-listed defendants.

**WHEREAS,** "State Farm Insurance Company" is merely a service mark and at all times relevant hereto has never been a duly organized and existing legal entity.

**WHEREAS,** "State Farm Indemnity Co." and "State Farm Fire & Casualty Co." are duly organized and existing legal entities, but neither of these entities issued any policy of motor vehicle insurance which could possibly be applicable in this case.

**WHEREAS,** "State Farm Mutual Automobile Insurance Company" (incorrectly designated in Plaintiff's Complaint as "State Farm Mutual Insurance Co.") is a legal entity duly organized and existing under the laws of the State of Illinois and which has issued policies of motor vehicle insurance within the Commonwealth of Pennsylvania.

**WHEREFORE,** the parties, by their undersigned counsel, do hereby Stipulate and Agree as follows:

A.    Plaintiff's alleged claims against: (1) "State Farm Insurance Co."; (2) "State Farm Fire & Casualty Co."; and (3) "State Farm Indemnity Co." are hereby discontinued and dismissed with prejudice pursuant to Pa. R.C.P. 229.

B.    The caption and all other references contained in Plaintiff's Complaint naming or otherwise identifying "State Farm Mutual Insurance Co." are hereby amended to read "State Farm Mutual Automobile Insurance Company" as the proper and legal name of said defendant pursuant to Pa. R.C.P. 1033.

BRITT, HANKINS, SCHAIBLE & MOUGHAN
BY: _____
    Teresa Ficken Sachs
    Attorneys for Defendant
    Attorney I.D. No. 41136
    Christopher J. Urban
    Attorney I.D. No. 81981

    Suite 515
    Two Penn Center Plaza
    15th Street & JFK Boulevard
    Philadelphia, PA  19102
    (215) 569-6949

ORLOSKI, HINGA, PANDALEON & ORLOSKI
BY: _____
    Richard J. Orloski, Esquire
    Attorney I.D. No. 5857
    Richard L. Orloski, Esquire
    Attorney I.D. No. 80037

    111 N. Cedar Crest Boulevard
    Allentown, PA 18108-4602
    (610)433-2363