IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN FRANKENFIELD, Admx. of the Estate of MICHAEL A. DeANGELIS Deceased<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | CIVIL ACTION<br><br><br><br><br>NO. 02-CV-3246 |

NOTICE OF AFFIDAVIT OF FILING
CERTIFIED COPY OF NOTICE OF REMOVAL

**TO THE CLERK OF COURT:**

Please take notice of the attached Affidavit of Filing of the Certified copy of the Notice of Removal of Defendant State Farm Mutual Automobile Insurance Co. pursuant to 28 U.S.C. § 1441, et seq., with the Court of Common Pleas of Northampton County.

BRITT, HANKINS, SCHAIBLE & MOUGHAN

BY: _____
Teresa Ficken Sachs
Christopher J. Urban
Attorneys for Defendant,
State Farm Mutual Automobile Insurance Co.

Dated: 6/3/02

**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBIN FRANKENFIELD, Admx. of the Estate of MICHAEL A. DeANGELIS Deceased<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | CIVIL ACTION<br><br><br>NO. 02-CV-3246 |

**AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA

                                                    SS

COUNTY OF PHILADELPHIA

, Christopher J. Urban, Esquire, attorney employed by Britt, Hankins, Schaible & Moughan, being sworn according to law, deposes and says that he filed a certified copy of Defendant's Notice of Removal of the foregoing action to Federal Court, including the Exhibit attached, with the Court of Common Pleas of Northampton County, Pennsylvania on the 31st day of May, 2002.

_____ 6/3/02
Christopher J. Urban, Esquire

Sworn to and Subscribed
before me this 3rd day
of June, 2002.

_____ NOTARY PUBLIC

```
NOTARIAL SEAL
MICHELLE McCUEN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Sept. 2, 2002
```

## CERTIFICATE OF SERVICE

certify that a copy of the foregoing Notice of Affidavit of Filing Certified Copy of Notice of Removal has been served, this day, by regular mail as follows:

>Richard J. Orloski, Esquire
>Orloski, Hinga, Pandaleon & Orloski
>111 N. Cedar Crest Boulevard
>Allentown, PA 18104-4602

Dated: 6/03/02

Teresa Ficken Sachs, Esquire
Christopher J. Urban, Esquire