IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBIN FRANKENFIELD, ADMX. OF THE ESTATE OF MICHAEL A. DEANGELIS DECEASED : | CIVIL ACTION |
| v. : |  |
| : | No. 02-3246 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on November 1, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz<br>
Clerk of Court

*Continued from October 10, 2002 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:<u>October 10, 2002</u>

Copies:   Cathy Luongo, Courtroom Deputy to Judge R. Barclay Surrick
          Docket Clerk - Case File

   Counsel:   Richard J. Orloski, Esq.
              Christopher J. Urban, Esq.
              Teresa Ficken Sachs, Esq.

ARB2.FRM