IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN FRANKENFIELD, ADMX. OF<br>THE ESTATE OF MICHAEL A.<br>DEANGELIS DECEASED | : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 02-CV-3246 |
| vs. | : <br> : | |
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO. | : <br> : | |

O R D E R

**AND NOW, TO WIT:** This ____ day of October, 2002, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Cathy Luongo
Deputy Clerk

Copies FAXED on _____ to:          Copies Mailed on _____ to:

Civ 2 (8/2000)
41(b).frm